# IN THE SUPREME COURT OF THE STATE OF NEVADA

ERICK MARQUIS BROWN,
                    Appellant,
vs.
THE STATE OF NEVADA,
                    Respondent.

No. 76789

FILED

SEP 21 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____S. Young_____
         DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion for relief from judgment pursuant to NRCP Rule 60(B). Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

Because no statute or court rule permits an appeal from an order denying a motion for relief from judgment pursuant to NRCP Rule 60(B) in a criminal matter, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____ Cherry , J.
Cherry

_____ , J.
Parraguirre

_____ , J.
Stiglich

cc: Hon. Kathleen E. Delaney, District Judge
    Erick Marquis Brown
    Attorney General/Carson City
    Clark County District Attorney
    Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

18-37066